CYNTHIA A. FRAZER, *et al.*, Plaintiffs in Error, *vs.* WM. M. SHERRERD, Defendant in Error.

Upon the order referred to in the foregoing opinion, judgment was entered by the clerk in favor of the Plaintiff. The Defendant then sued out a writ of error to review the judgment.

*By the Court*—FLANDRAU, J.—Mr. Sherrerd commenced an action below against the above named Plaintiffs in Error. An issue of fact was made by Overton, and a demurrer put in to the complaint by the other Defendants. The Plaintiff succeeded upon both issues, but failed to perfect his judgment, and refused to proceed farther. The Defendants obtained an order commanding him to enter up his judgment forthwith, or that the Defendants cause the clerk to enter it for him. The Defendant still refused, and judgment was entered in his favor by the clerk. This is the judgment that the Plaintiffs in Error now seek to review. The order upon which the clerk entered this judgment was appealed to this Court by the Plaintiffs, and reversed. The judgment, of course, must fall with it. *Hawke vs. Deuel*, 2 *M. R.*, 58, 61. The syllabus of this case, as reported, does not present the main point decided.

There being no judgment to review, the writ of error is dismissed.